**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MENDEZ, ANTHONY C | § | Case No. 11-11441 |
| MENDEZ, SYLVIA | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/18/2011 . The undersigned trustee was appointed on 03/18/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 60,007.32 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 21,019.23 |
| Bank service fees | | 2,320.68 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 36,667.41 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  03/12/2012  and the deadline for filing governmental claims was  03/12/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,250.37 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,250.37 , for a total compensation of $ 6,250.37 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 99.19 , for total expenses of $ 99.19 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 11/17/2015                              By:/s/JOSEPH E. COHEN
                                                           Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-11441 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | MENDEZ, ANTHONY C | | | Date Filed (f) or Converted (c): | 03/18/11 (f) |
| | MENDEZ, SYLVIA | | | 341(a) Meeting Date: | 05/09/11 |
| For Period Ending: | 11/17/15 | | | Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4522 S Justine, Chicago, IL 60609 - Vacant Lot | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 2. 4527 S Justine St, Chicago, IL 60609 - Rental Prop | 85,000.00 | 0.00 | | 0.00 | FA |
| 3. 6280 Eagle Ridge Drive Gurnee, IL 60031 - (Debtors | 208,500.00 | 12,853.00 | | 0.00 | FA |
| 4. checking account with TCF | 5,000.00 | 650.00 | | 0.00 | FA |
| 5. checking account with GLCU | 100.00 | 0.00 | | 0.00 | FA |
| 6. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry, wedding band | 250.00 | 0.00 | | 0.00 | FA |
| 10. Sports Equipment | 250.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 12. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | | 0.00 | FA |
| 13. 1987 Honda Civic with over 175,000 miles | 200.00 | 0.00 | | 0.00 | FA |
| 14. 1995 Plymouth Voyager with over 100,000 miles | 1,100.00 | 0.00 | | 0.00 | FA |
| 15. 2001 Toyota Rav4 with over 100,000 miles | 5,325.00 | 525.00 | | 0.00 | FA |
| 16. Tools | 1,500.00 | 0.00 | | 0.00 | FA |
| 17. EEOC litigation (u) | 0.00 | 60,000.00 | | 60,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.32 | FA |
| TOTALS (Excluding Unknown Values) | $328,325.00 | $93,028.00 | | $60,007.32 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 11-11441 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MENDEZ, ANTHONY C | Date Filed (f) or Converted (c): | 03/18/11 (f) |
| | MENDEZ, SYLVIA | 341(a) Meeting Date: | 05/09/11 |
| | | Claims Bar Date: | 03/12/12 |

TRUSTEE IS PREPARING HIS FINAL REPORT - June 30, 2015. TRUSTEE HAS MET WITH BROKER DECIDING IF PROPERTY CAN BE SOLD - April 25, 2015. TRUSTEE IS FILING MOTION TO EMPLOY A BROKER - Jan. 17, 2015. TRUSTEE HAS RECOVERED FUNDS OWING TO THE DEBTOR IN EEOC LITIGATION. TRUSTEE TO EXAMINE PROOFS OF CLAIM AND FILE ONJECTIONS IF NECESSARY. TRUSTEE MAY ATTEMPT TO SELL VACANT LOT SINCE MARKET HAS IMPROVED. TRUSTEE TO HIRE BROKER TO SELL PROPERTY - January 15, 2014. BROKER IS UNSURE IF PROPERTY CAN BE SOLD - April 30, 2014. TRUSTEE OBTAINING APPRAISAL ON PROPERTY - July 17, 2014. TRUSTEE HAS CONTACTED A BROKER - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/13     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-11441 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | MENDEZ, ANTHONY C | | Bank Name: | ASSOCIATED BANK |
| | MENDEZ, SYLVIA | | Account Number / CD #: | *******2135 Checking Account |
| Taxpayer ID No: | *******6588 | | | |
| For Period Ending: | 11/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 59,140.65 | | 59,140.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.46 | 59,104.19 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.66 | 59,066.53 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.41 | 59,030.12 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.61 | 58,992.51 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.69 | 58,904.82 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 62.00 | 58,842.82 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 79.10 | 58,763.72 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.40 | 58,676.32 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.41 | 58,591.91 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.11 | 58,504.80 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.18 | 58,420.62 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.86 | 58,333.76 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.73 | 58,247.03 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.81 | 58,163.22 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.47 | 58,076.75 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.56 | 57,993.19 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.22 | 57,906.97 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.10 | 57,820.87 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 77.65 | 57,743.22 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 83.86 | 57,659.36 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 85.85 | 57,573.51 |

Page Subtotals   59,140.65   1,567.14

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-11441 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MENDEZ, ANTHONY C | | Bank Name: | ASSOCIATED BANK |
| | MENDEZ, SYLVIA | | Account Number / CD #: | *******2135  Checking Account |
| Taxpayer ID No: | *******6588 | | | |
| For Period Ending: | 11/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.87 | 57,490.64 |
| 06/02/14 | 300003 | UNITED STATES TREASURY | Income tax | 2810-000 | | 16,450.00 | 41,040.64 |
| | | | Income tax | | | | |
| 06/02/14 | 300004 | ILL. DEPARTMENT OF REVENUE | Income tax | 2820-000 | | 2,331.00 | 38,709.64 |
| | | | Income tax | | | | |
| 09/16/14 | 300005 | UNITED STATES TREASURY | Income tax | 2810-000 | | 1,732.53 | 36,977.11 |
| | | | Income tax - 35-6916588  1041 FOR PERIOD DEC. 31, 2013 | | | | |
| 01/21/15 | 300006 | ILL. DEPT. OF REVENUE | Income tax | 2820-000 | | 269.81 | 36,707.30 |
| | | | Income tax  35-6916588 | | | | |
| 02/27/15 | 300007 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 39.89 | 36,667.41 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 59,140.65 | 22,473.24 | 36,667.41 |
| Less: Bank Transfers/CD's | 59,140.65 | 0.00 | |
| Subtotal | 0.00 | 22,473.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 22,473.24 | |

Page Subtotals    0.00    20,906.10

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 19.00

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-11441 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | MENDEZ, ANTHONY C | | Bank Name: | BANK OF AMERICA, N.A. |
| | MENDEZ, SYLVIA | | Account Number / CD #: | *******1838  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6588 | | | |
| For Period Ending: | 11/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/11 | 17 | SYLVIA & ANTHONY MENDEZ | EEOC Settlement Proceeds | 1249-000 | 60,000.00 | | 60,000.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 60,000.38 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 60,000.89 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 60,001.40 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.49 | | 60,001.89 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 60,002.40 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 76.44 | 59,925.96 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.49 | | 59,926.45 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 73.88 | 59,852.57 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.50 | | 59,853.07 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 73.79 | 59,779.28 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 59,779.79 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 78.40 | 59,701.39 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 59,701.86 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 70.96 | 59,630.90 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 50.14 | 59,580.76 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.50 | | 59,581.26 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 73.28 | 59,507.98 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 59,508.47 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 75.60 | 59,432.87 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.50 | | 59,433.37 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 75.51 | 59,357.86 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.48 | | 59,358.34 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 70.55 | 59,287.79 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 59,288.30 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 77.75 | 59,210.55 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.47 | | 59,211.02 |

Page Subtotals                60,007.32          796.30

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                Ver: 19.00

LFORM24

FORM 2
Exhibit B
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-11441 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MENDEZ, ANTHONY C | | Bank Name: | BANK OF AMERICA, N.A. |
| | MENDEZ, SYLVIA | | Account Number / CD #: | *******1838  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6588 | | | |
| For Period Ending: | 11/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 70.37 | 59,140.65 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 59,140.65 | 0.00 |

|   | | COLUMN TOTALS | 60,007.32 | 60,007.32 | 0.00 |
|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | 0.00 | 59,140.65 | |
| | | Subtotal | 60,007.32 | 866.67 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 60,007.32 | 866.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2135 | 0.00 | 22,473.24 | 36,667.41 |
| Money Market Account (Interest Earn - ********1838 | 60,007.32 | 866.67 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 60,007.32 | 23,339.91 | 36,667.41 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        59,211.02

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*
LFORM24

Ver: 19.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 17, 2015 |
|---|---|---|---|---|---|---|
| Case Number: 11-11441<br>Debtor Name: MENDEZ, ANTHONY C | | Claim Class Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,349.55 | $6,349.55 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,322.12 | $3,322.12 |
| 001<br>3410-00 | COOKE & LEWIS, LTD.<br>2638 Patriot<br>Suite 100<br>Glenview, IL 60026 | Administrative | | $0.00 | $2,937.50 | $2,937.50 |
| 999<br>2300-00 | ARTHUR B. LEVINE COMPANY<br>60 E. 42nd Street<br>New York, NY 10165 | Administrative | | $0.00 | $39.89 | $39.89 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $196.00 | $196.00 |
| 000001<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $12,221.00 | $12,221.00 |
| 000002<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $6,598.95 | $6,598.95 |
| 000003<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $10,439.03 | $10,439.03 |
| 000004<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $6,344.19 | $6,344.19 |
| 000005<br>070<br>7100-00 | Discover Bank, DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $11,922.81 | $11,922.81 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $7,034.49 | $7,034.49 |
| 000007<br>070<br>7100-00 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $0.00 | $198.28 | $198.28 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 17, 2015 |
|---|---|---|---|---|---|---|

Case Number:  11-11441  
Debtor Name:  MENDEZ, ANTHONY C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000008<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $3,661.07 | $3,661.07 |
| 000009<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $962.69 | $962.69 |
| 000010<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,949.54 | $2,949.54 |
| 000011<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $970.22 | $970.22 |
| 000012<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,985.37 | $2,985.37 |
| 000013<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $1,074.21 | $1,074.21 |
| 000014<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $12,237.44 | $12,237.44 |
| 000015<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $712.80 | $712.80 |
| 000016<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $6,574.44 | $6,574.44 |
| 000017<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $346.67 | $346.67 |
| 000018<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $721.14 | $721.14 |
| 000019<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $0.00 | $7,912.92 | $7,912.92 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: November 17, 2015 |

Case Number:  11-11441  
Debtor Name:  MENDEZ, ANTHONY C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000020 070 7100-00 | Portfolio Recovery Associates, LLC c/o Value City POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $996.43 | $996.43 |
| 000021 070 7100-00 | Portfolio Recovery Associates,LLC successor to Capital One Bank,NA by PRA Receivables Management, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $0.00 | $1,884.75 | $1,884.75 |
| 000022 070 7100-00 | Quantum3 Group LLC as agent for World Financial Network National Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $368.47 | $368.47 |
| 000023 070 7100-00 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | Unsecured | | $0.00 | $10,725.73 | $10,725.73 |
| 000024 070 7100-00 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | Unsecured | | $0.00 | $1,674.06 | $1,674.06 |
| | Case Totals: | | | $0.00 | $124,361.76 | $124,361.76 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-11441
Case Name: MENDEZ, ANTHONY C
              MENDEZ, SYLVIA
Trustee Name: JOSEPH E. COHEN

    Balance on hand    $    36,667.41

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 6,250.37 | $ 0.00 | $ 6,250.37 |
| Trustee Expenses: JOSEPH E. COHEN | $ 99.18 | $ 0.00 | $ 99.18 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 3,252.50 | $ 0.00 | $ 3,252.50 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys for Trustee | $ 69.62 | $ 0.00 | $ 69.62 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 2,687.50 | $ 0.00 | $ 2,687.50 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 39.89 | $ 39.89 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 196.00 | $ 196.00 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses    $    12,609.17

    Remaining Balance    $    24,058.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,516.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 12,221.00 | $ 0.00 | $ 2,636.52 |
| 000002 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 6,598.95 | $ 0.00 | $ 1,423.64 |
| 000003 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 10,439.03 | $ 0.00 | $ 2,252.08 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 6,344.19 | $ 0.00 | $ 1,368.67 |
| 000005 | Discover Bank, DB<br>Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 11,922.81 | $ 0.00 | $ 2,572.19 |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 7,034.49 | $ 0.00 | $ 1,517.60 |
| 000007 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 198.28 | $ 0.00 | $ 42.77 |
| 000008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 3,661.07 | $ 0.00 | $ 789.83 |
| 000009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 962.69 | $ 0.00 | $ 207.69 |
| 000010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,949.54 | $ 0.00 | $ 636.32 |
| 000011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 970.22 | $ 0.00 | $ 209.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,985.37 | $ 0.00 | $ 644.05 |
| 000013 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 1,074.21 | $ 0.00 | $ 231.75 |
| 000014 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 12,237.44 | $ 0.00 | $ 2,640.06 |
| 000015 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 712.80 | $ 0.00 | $ 153.78 |
| 000016 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 6,574.44 | $ 0.00 | $ 1,418.35 |
| 000017 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 346.67 | $ 0.00 | $ 74.79 |
| 000018 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 721.14 | $ 0.00 | $ 155.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | $ 7,912.92 | $ 0.00 | $ 1,707.11 |
| 000020 | Portfolio Recovery Associates, LLC c/o Value City POB 41067 Norfolk VA 23541 | $ 996.43 | $ 0.00 | $ 214.96 |
| 000021 | Portfolio Recovery Associates,LLC successor to Capital One Bank,NA by PRA Receivables Management, LLC POB 41067 Norfolk VA 23541 | $ 1,884.75 | $ 0.00 | $ 406.61 |
| 000022 | Quantum3 Group LLC as agent for World Financial Network National Bank PO Box 788 Kirkland, WA 98083-0788 | $ 368.47 | $ 0.00 | $ 79.49 |
| 000023 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | $ 10,725.73 | $ 0.00 | $ 2,313.93 |
| 000024 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | $ 1,674.06 | $ 0.00 | $ 361.16 |

Total to be paid to timely general unsecured creditors      $            24,058.24

Remaining Balance      $                 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE