UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
MENDEZ, ANTHONY C                     §     Case No. 11-11441
MENDEZ, SYLVIA                        §
                                      §
                                      §
          Debtors                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF BANKRUPTCY COURT
            219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 01/08/2016 in Courtroom ,
       North Branch Court
       1792 Nicole Lane
       Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                          Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MENDEZ, ANTHONY C § Case No. 11-11441
MENDEZ, SYLVIA §
§
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 60,007.32 |
| and approved disbursements of | $ | 23,339.91 |
| leaving a balance on hand of[1] | $ | 36,667.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 6,250.37 | $ 0.00 | $ 6,250.37 |
| Trustee Expenses: JOSEPH E. COHEN | $ 99.18 | $ 0.00 | $ 99.18 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 3,252.50 | $ 0.00 | $ 3,252.50 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys for Trustee | $ 69.62 | $ 0.00 | $ 69.62 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 2,687.50 | $ 0.00 | $ 2,687.50 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 39.89 | $ 39.89 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ 196.00 | $ 196.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 12,609.17 |
| Remaining Balance | $ | 24,058.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,516.70  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 12,221.00 | $ 0.00 | $ 2,636.52 |
| 000002 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 6,598.95 | $ 0.00 | $ 1,423.64 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000003 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 10,439.03 | $ 0.00 | $ 2,252.08 |
| 000004 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 6,344.19 | $ 0.00 | $ 1,368.67 |
| 000005 | Discover Bank, DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 11,922.81 | $ 0.00 | $ 2,572.19 |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 7,034.49 | $ 0.00 | $ 1,517.60 |
| 000007 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 198.28 | $ 0.00 | $ 42.77 |
| 000008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 3,661.07 | $ 0.00 | $ 789.83 |
| 000009 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 962.69 | $ 0.00 | $ 207.69 |
| 000010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,949.54 | $ 0.00 | $ 636.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 970.22 | $ 0.00 | $ 209.31 |
| 000012 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 2,985.37 | $ 0.00 | $ 644.05 |
| 000013 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 1,074.21 | $ 0.00 | $ 231.75 |
| 000014 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 12,237.44 | $ 0.00 | $ 2,640.06 |
| 000015 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 712.80 | $ 0.00 | $ 153.78 |
| 000016 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 6,574.44 | $ 0.00 | $ 1,418.35 |
| 000017 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 346.67 | $ 0.00 | $ 74.79 |
| 000018 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 721.14 | $ 0.00 | $ 155.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | $ 7,912.92 | $ 0.00 | $ 1,707.11 |
| 000020 | Portfolio Recovery Associates, LLC c/o Value City POB 41067 Norfolk VA 23541 | $ 996.43 | $ 0.00 | $ 214.96 |
| 000021 | Portfolio Recovery Associates,LLC successor to Capital One Bank,NA by PRA Receivables Management, LLC POB 41067 Norfolk VA 23541 | $ 1,884.75 | $ 0.00 | $ 406.61 |
| 000022 | Quantum3 Group LLC as agent for World Financial Network National Bank PO Box 788 Kirkland, WA 98083-0788 | $ 368.47 | $ 0.00 | $ 79.49 |
| 000023 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | $ 10,725.73 | $ 0.00 | $ 2,313.93 |
| 000024 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | $ 1,674.06 | $ 0.00 | $ 361.16 |
|  | Total to be paid to timely general unsecured creditors |  |  | $ 24,058.24 |
|  | Remaining Balance |  |  | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-11441-ABG
Anthony C Mendez                                                       Chapter 7
Sylvia Mendez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal              Page 1 of 3           Date Rcvd: Dec 28, 2015
                              Form ID: pdf006             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2015.
```
db/jdb         +Anthony C Mendez,    Sylvia Mendez,   6280 Eagle Ridge Drive,    Gurnee, IL 60031-4713
16982525       +AMEX,   Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18368347        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18388905        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18398177      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102)
16982530       +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,   125 S West St,    Wilmington, DE 19801-5014
16982542      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond, VA 23285)
16982532       +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
16982535       +CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16982541       +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,   Sioux Falls, SD 57117-6241
16982561      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Svc/Citicard,    Bankruptcy Department,
                PO Box 20483,    Kansas City, MO 64195)
18355790       +Capital One, N.A.,    c/o Creditors Bankruptcy Service,   P.O. Box 740933,
                Dallas, TX 75374-0933
16982543       +Chase,   Attn: Bankruptcy Dept.,    Po Box 901039,   Fort Worth, TX 76101-2039
16982560        Chase,   Bankruptcy Department,    PO Box 52095,   Phoenix, AZ 85072-2095
18325185        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16982524       +Chase-Tjx,    Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
16982544       +Equifax,    Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
16982545       +Experian,    Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
16982529        GEMB/GE MONEY,    Attn: Bankruptcy Dept.,   200 W 14Th St Suite 150,    Tempe, AZ 85281
16982510       +IBM LBPS,    Attn: Bankruptcy Dept.,   14523 Sw Millikan Way St,    Beaverton, OR 97005-2344
16982538       +Lake County Clerk,    Doc # 10 SC 11274,   18 N. County St. Rm 101,    Waukegan, IL 60085-4304
16982562       +Menards Big Card,    Attn: Bankruptcy Dept.,   PO Box 6151,   Rapid City, SD 57709-6151
18597590       +RBS Citizens,    443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
16982528       +RBS Citizens NA,    Attn: Bankruptcy Dept.,   1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
16982548       +Sears/CBSD,    Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
16982550       +THD/CBSD,    Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
16982536       +Target NB,    Attn: Bankruptcy Dept.,   Po Box 673,   Minneapolis, MN 55440-0673
16982546        Transunion,    Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19022
16982537      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: U S BANK,    Attn: Bankruptcy Dept.,    101 5Th St E Ste A,
                Saint Paul, MN 55101)
16982563        Value City,    Bankruptcy Dept.,   PO Box 5238,   Carol Stream, IL 60197-5238
16982521       +Wfnnb/Torrid,    Attn: Bankruptcy Dept.,   Po Box 182685,    Columbus, OH 43218-2685
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16982513       +E-mail/Text: ebn@squaretwofinancial.com Dec 29 2015 00:34:12     BANK OF America  N.A.,
                C/O CACH LLC,    4340 S Monaco St Fl 2,    Denver, CO 80237-3485
16982539       +E-mail/Text: mmeyers@blittandgaines.com Dec 29 2015 00:34:43     Blitt and Gaines, PC,
                Bankruptcy Department,    661 Glenn Ave.,   Wheeling, IL 60090-6017
16982516       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2015 00:31:01
                Capital ONE BANK  N.A.,    C/O Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
18269486        E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2015 00:31:31     Capital Recovery IV LLC,
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16982519       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 29 2015 00:33:19     Citibank,
                C/O Midland Credit MGMT,    8875 Aero Dr,   San Diego, CA 92123-2251
18292827        E-mail/Text: mrdiscen@discover.com Dec 29 2015 00:32:28
                Discover Bank, DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16982557       +E-mail/Text: mrdiscen@discover.com Dec 29 2015 00:32:28     Discover FIN SVCS LLC,
                Attn: Bankruptcy Dept.,    Po Box 15316,   Wilmington, DE 19850-5316
18448978        E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2015 00:31:28     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16982517       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 29 2015 00:33:19     GE Money BANK,
                C/O Midland Credit MGMT,    8875 Aero Dr,   San Diego, CA 92123-2251
16982523        E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2015 00:31:28     GEMB/GE MONEY BANK LOW,
                Attn: Bankruptcy Dept.,    Po Box 103065,   Roswell, GA 30076
16982520        E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2015 00:30:28     GEMB/OLD NAVY,
                Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso, TX 79998-1400
16982533        E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2015 00:30:28     GEMB/SAMS CLUB DC,
                Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso, TX 79998-1400
16982511       +E-mail/Text: collectionsbk@glcu.org Dec 29 2015 00:33:30     Great Lakes CR UN,
                Attn: Bankruptcy Dept.,    2525 Green Bay Rd,    North Chicago, IL 60064-3012
16982559       +E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2015 00:31:28     JC Penney/GEMB,
                Bankruptcy Department,    PO Box 981131,   El Paso, TX 79998-1131
16982547       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 29 2015 00:32:35     Kohls/Chase,
                Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
```

```
District/off: 0752-1          User: corrinal              Page 2 of 3                  Date Rcvd: Dec 28, 2015
                              Form ID: pdf006             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
16982512       +E-mail/Text: ebn@squaretwofinancial.com Dec 29 2015 00:34:12      MBNA America  N.A.,
                 C/O CACH LLC,    4340 S Monaco St Fl 2,    Denver, CO 80237-3485
19927232        E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2015 00:31:30      Midland Funding LLC,
                 By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
18516387        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2015 00:30:32
                 Portfolio Recovery Associates, LLC,   c/o Value City,    POB 41067,   Norfolk VA 23541
18523219       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 29 2015 00:31:00
                 Portfolio Recovery Associates,LLC successor,    to Capital One Bank,NA by,
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk VA 23541-1067
18531295        E-mail/Text: bnc-quantum@quantum3group.com Dec 29 2015 00:33:09
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
19927234        E-mail/PDF: rmscedi@recoverycorp.com Dec 29 2015 00:31:30
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Gina B. Krol
16982526*      +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
16982531*      +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
16982551*      +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
16982553*      +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
18368348*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18388906*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18389997*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16982558*      +BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 17054,   Wilmington, DE 19850-7054
16982534*      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
16982555*      +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
16982549*      +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,   Sioux Falls, SD 57117-6241
16982552*      +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,   Sioux Falls, SD 57117-6241
16982518*      +GE Money BANK,    C/O Midland Credit MGMT,    8875 Aero Dr,   San Diego, CA 92123-2251
16982522*      +GEMB/OLD NAVY,    Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso, TX 79998-1400
16982514*      +MBNA America  N.A.,    C/O CACH LLC,    4340 S Monaco St Fl 2,   Denver, CO 80237-3485
16982515*      +MBNA America  N.A.,    C/O CACH LLC,    4340 S Monaco St Fl 2,   Denver, CO 80237-3485
16982540*      +RBS Citizens NA,    Attn: Bankruptcy Dept.,    1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
16982554*      +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
16982556*      +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,   Minneapolis, MN 55440-0673
18461874*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
16982527       ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 17054,   Wilmington, DE 19850-7054
                                                                                       TOTALS: 1, * 20, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2015                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2015 at the address(es) listed below:
          Jack M Shapiro    on behalf of Debtor 2 Sylvia   Mendez ndil@geracilaw.com
          Jack M Shapiro    on behalf of Debtor 1 Anthony C  Mendez ndil@geracilaw.com
          Joseph E Cohen    on behalf of Accountant Stephen M. Lewis jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
```

```
District/off: 0752-1           User: corrinal              Page 3 of 3                  Date Rcvd: Dec 28, 2015
                               Form ID: pdf006             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph E Cohen    jcohen@cohenandkrol.com,
         jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com

        Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
         jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com

        Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
         jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com

        Joseph E Cohen, Tr.   on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
         jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com

        Laura Dolores Frye   on behalf of Debtor 1 Anthony C  Mendez lauradfrye@att.net

        Laura Dolores Frye   on behalf of Debtor 2 Sylvia  Mendez lauradfrye@att.net

        Matthew Grob   on behalf of Creditor   Great Lakes Credit Union mgrob@ekcmlawfirm.com,
         tjohnson@ekcmlawfirm.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                    TOTAL: 11