# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                                   §
                                         §
MENDEZ, ANTHONY C                        §        Case No. 11-11441
MENDEZ, SYLVIA                           §
                                         §
              Debtors                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 283,675.00 *(Without deducting any secured claims)* | Assets Exempt: 44,650.00 |
| Total Distributions to Claimants: 24,058.24 | Claims Discharged Without Payment: 213,074.46 |
| Total Expenses of Administration: 35,949.08 | |

3) Total gross receipts of $ 60,007.32  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 60,007.32  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 350,717.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 35,949.08 | 35,949.08 | 35,949.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 235,996.00 | 111,516.70 | 111,516.70 | 24,058.24 |
| **TOTAL DISBURSEMENTS** | $ 586,713.00 | $ 147,465.78 | $ 147,465.78 | $ 60,007.32 |

4)  This case was originally filed under chapter 7 on  03/18/2011 .  The case was pending for 60 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/18/2016                    By:/s/JOSEPH E. COHEN

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EEOC litigation | 1249-000 | 60,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 7.32 |
| **TOTAL GROSS RECEIPTS** | | **$ 60,007.32** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Chase Attn: Bankruptcy Dept. Po Box 901039 Fort Worth TX 76101 | | 64,953.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Great Lakes CR UN Attn: Bankruptcy Dept. 2525 Green Bay Rd North Chicago IL 60064 | | 100,694.00 | NA | NA | 0.00 |
| | 3 IBM LBPS Attn: Bankruptcy Dept. 14523 Sw Millikan Way St Beaverton OR 97005 | | 185,070.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 350,717.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 6,250.37 | 6,250.37 | 6,250.37 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 99.18 | 99.18 | 99.18 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 39.89 | 39.89 | 39.89 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 196.00 | 196.00 | 196.00 |
| ASSOCIATED BANK | 2600-000 | NA | 1,504.15 | 1,504.15 | 1,504.15 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 816.53 | 816.53 | 816.53 |
| UNITED STATES TREASURY | 2810-000 | NA | 18,182.53 | 18,182.53 | 18,182.53 |
| ILL. DEPARTMENT OF REVENUE | 2820-000 | NA | 2,331.00 | 2,331.00 | 2,331.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILL. DEPT. OF REVENUE | 2820-000 | NA | 269.81 | 269.81 | 269.81 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 2,168.34 | 2,168.34 | 2,168.34 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,084.16 | 1,084.16 | 1,084.16 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3120-000 | NA | 69.62 | 69.62 | 69.62 |
| COOKE & LEWIS, LTD. | 3410-000 | NA | 2,687.50 | 2,687.50 | 2,687.50 |
| COOKE & LEWIS, LTD. | 3420-000 | NA | 250.00 | 250.00 | 250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 35,949.08 | $ 35,949.08 | $ 35,949.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | 20,872.00 | NA | NA | 0.00 |
| | 12 Chase Bankruptcy Department PO Box 52095 Phoenix AZ 85072-2095 | | 2,105.00 | NA | NA | 0.00 |
| | 13 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 5,905.00 | NA | NA | 0.00 |
| | 15 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | 7,305.00 | NA | NA | 0.00 |
| | 16 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 5,538.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 17 Chase-Tjx Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 876.00 | NA | NA | 0.00 |
| | 18 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 14,296.00 | NA | NA | 0.00 |
| | 19 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 1,125.00 | NA | NA | 0.00 |
| | 20 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 3,225.00 | NA | NA | 0.00 |
| | 21 Citibank C/O Midland Credit MGMT 8875 Aero Dr San Diego CA 92123 | | 3,969.00 | NA | NA | 0.00 |
| | 23 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 24 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 25 GE Money BANK C/O Midland Credit MGMT 8875 Aero Dr San Diego CA 92123 | | 965.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 26 GE Money BANK C/O Midland Credit MGMT 8875 Aero Dr San Diego CA 92123 | | 663.00 | NA | NA | 0.00 |
| | 27 GEMB/GE MONEY Attn: Bankruptcy Dept. 200 W 14Th St Suite 150 Tempe AZ 85281 | | 2,263.00 | NA | NA | 0.00 |
| | 30 GEMB/OLD NAVY Attn: Bankruptcy Dept. Po Box 981400 El Paso TX 79998 | | 712.00 | NA | NA | 0.00 |
| | 32 Home Depot Credit Svc/Citicard Bankruptcy Department PO Box 20483 Kansas City MO 64195 | | 3,918.00 | NA | NA | 0.00 |
| | 33 JC Penney/GEMB Bankruptcy Department PO Box 981131 El Paso TX 79998 | | 219.00 | NA | NA | 0.00 |
| | 34 Kohls/Chase Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | 476.00 | NA | NA | 0.00 |
| | 38 Menards Big Card Attn: Bankruptcy Dept. PO Box 6151 Rapid City SD 57709 | | 25,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 41 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | 871.00 | NA | NA | 0.00 |
| | 42 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | 3,858.00 | NA | NA | 0.00 |
| | 43 Target NB Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | 7,755.00 | NA | NA | 0.00 |
| | 44 Target NB Attn: Bankruptcy Dept. Po Box 673 Minneapolis MN 55440 | | 8,833.00 | NA | NA | 0.00 |
| | 45 THD/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | 2,590.00 | NA | NA | 0.00 |
| | 46 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 9 Barclays BANK Delaware Attn: Bankruptcy Dept. 125 S West St Wilmington DE 19801 | | 2,277.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt and Gaines, PC Bankruptcy Department 661 Glenn Ave. Wheeling IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Lake County Clerk Doc # 10 SC 11274 18 N. County St. Rm 101 Waukegan IL 60085 | | 0.00 | NA | NA | 0.00 |
| 000008 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 3,661.00 | 3,661.07 | 3,661.07 | 789.83 |
| 000009 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 962.00 | 962.69 | 962.69 | 207.69 |
| 000010 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 2,949.00 | 2,949.54 | 2,949.54 | 636.32 |
| 000011 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 970.00 | 970.22 | 970.22 | 209.31 |
| 000012 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 2,985.00 | 2,985.37 | 2,985.37 | 644.05 |
| 000007 | CAPITAL ONE, N.A. | 7100-000 | NA | 198.28 | 198.28 | 42.77 |
| 000006 | CHASE BANK USA, N.A. | 7100-000 | 7,034.00 | 7,034.49 | 7,034.49 | 1,517.60 |
| 000005 | DISCOVER BANK, DB SERVICING CORPORA | 7100-000 | 11,922.00 | 11,922.81 | 11,922.81 | 2,572.19 |
| 000013 | FIA CARD SERVICES, N.A. | 7100-000 | 1,074.00 | 1,074.21 | 1,074.21 | 231.75 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | FIA CARD SERVICES, N.A. | 7100-000 | 12,237.00 | 12,237.44 | 12,237.44 | 2,640.06 |
| 000001 | MIDLAND FUNDING LLC | 7100-000 | 12,221.00 | 12,221.00 | 12,221.00 | 2,636.52 |
| 000002 | MIDLAND FUNDING LLC | 7100-000 | 6,599.00 | 6,598.95 | 6,598.95 | 1,423.64 |
| 000003 | MIDLAND FUNDING LLC | 7100-000 | 10,439.00 | 10,439.03 | 10,439.03 | 2,252.08 |
| 000004 | MIDLAND FUNDING LLC | 7100-000 | 6,344.00 | 6,344.19 | 6,344.19 | 1,368.67 |
| 000015 | MIDLAND FUNDING LLC | 7100-000 | NA | 712.80 | 712.80 | 153.78 |
| 000016 | MIDLAND FUNDING LLC | 7100-000 | 6,574.00 | 6,574.44 | 6,574.44 | 1,418.35 |
| 000017 | MIDLAND FUNDING LLC | 7100-000 | 346.00 | 346.67 | 346.67 | 74.79 |
| 000018 | MIDLAND FUNDING LLC | 7100-000 | 721.00 | 721.14 | 721.14 | 155.58 |
| 000020 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 708.00 | 996.43 | 996.43 | 214.96 |
| 000021 | PORTFOLIO RECOVERY ASSOCIATES,LLC S | 7100-000 | 1,955.00 | 1,884.75 | 1,884.75 | 406.61 |
| 000022 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 368.00 | 368.47 | 368.47 | 79.49 |
| 000023 | RBS CITIZENS | 7100-000 | 10,725.00 | 10,725.73 | 10,725.73 | 2,313.93 |
| 000024 | RBS CITIZENS | 7100-000 | 1,674.00 | 1,674.06 | 1,674.06 | 361.16 |
| 000019 | US BANK N.A. | 7100-000 | 7,912.00 | 7,912.92 | 7,912.92 | 1,707.11 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 235,996.00 | $ 111,516.70 | $ 111,516.70 | $ 24,058.24 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-11441 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | MENDEZ, ANTHONY C |
| | MENDEZ, SYLVIA |
| For Period Ending: 02/18/16 |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 03/18/11 (f) |
| 341(a) Meeting Date: | 05/09/11 |
| Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4522 S Justine, Chicago, IL 60609 - Vacant Lot | 19,000.00 | 19,000.00 | | 0.00 | FA |
| 2. 4527 S Justine St, Chicago, IL 60609 - Rental Prop | 85,000.00 | 0.00 | | 0.00 | FA |
| 3. 6280 Eagle Ridge Drive Gurnee, IL 60031 - (Debtors | 208,500.00 | 12,853.00 | | 0.00 | FA |
| 4. checking account with TCF | 5,000.00 | 650.00 | | 0.00 | FA |
| 5. checking account with GLCU | 100.00 | 0.00 | | 0.00 | FA |
| 6. Household goods; TV, DVD player, TV stand, stereo, | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry, wedding band | 250.00 | 0.00 | | 0.00 | FA |
| 10. Sports Equipment | 250.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 12. Pension w/ Employer/Former Employer - 100% Exempt. | 0.00 | 0.00 | | 0.00 | FA |
| 13. 1987 Honda Civic with over 175,000 miles | 200.00 | 0.00 | | 0.00 | FA |
| 14. 1995 Plymouth Voyager with over 100,000 miles | 1,100.00 | 0.00 | | 0.00 | FA |
| 15. 2001 Toyota Rav4 with over 100,000 miles | 5,325.00 | 525.00 | | 0.00 | FA |
| 16. Tools | 1,500.00 | 0.00 | | 0.00 | FA |
| 17. EEOC litigation (u) | 0.00 | 60,000.00 | | 60,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.32 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $328,325.00 | $93,028.00 | | $60,007.32 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 11-11441   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MENDEZ, ANTHONY C | | Date Filed (f) or Converted (c): | 03/18/11 (f) |
| | MENDEZ, SYLVIA | | 341(a) Meeting Date: | 05/09/11 |
| | | | Claims Bar Date: | 03/12/12 |

TRUSTEE HAS FILED TFR WHICH IS SET FOR HEARING 1/8/16 - 01/20/16. TFR AND NDR DRAFTED - Oct. 31, 2015. NO CHANGE - July
30, 2015. TRUSTEE IS PREPARING HIS FINAL REPORT - June 30, 2015.  TRUSTEE HAS MET WITH BROKER DECIDING IF PROPERTY CAN
BE SOLD - April 25, 2015. TRUSTEE IS FILING MOTION TO EMPLOY A BROKER - Jan. 17, 2015.  TRUSTEE HAS RECOVERED FUNDS
OWING TO THE DEBTOR IN EEOC LITIGATION.  TRUSTEE TO EXAMINE PROOFS OF CLAIM AND FILE ONJECTIONS IF NECESSARY.  TRUSTEE
MAY ATTEMPT TO SELL VACANT LOT SINCE MARKET HAS IMPROVED.  TRUSTEE TO HIRE BROKER TO SELL PROPERTY - January 15, 2014.
BROKER IS UNSURE IF PROPERTY CAN BE SOLD - April 30, 2014.  TRUSTEE OBTAINING APPRAISAL ON PROPERTY - July 17, 2014.
TRUSTEE HAS CONTACTED A BROKER - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 02/28/13      Current Projected Date of Final Report (TFR): 12/31/15

FORM 2   Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-11441 -ABG |
| Case Name: | MENDEZ, ANTHONY C |
| | MENDEZ, SYLVIA |
| Taxpayer ID No: | *******6588 |
| For Period Ending: | 02/18/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2135  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 59,140.65 | | 59,140.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.46 | 59,104.19 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.66 | 59,066.53 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.41 | 59,030.12 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.61 | 58,992.51 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.69 | 58,904.82 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 62.00 | 58,842.82 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 79.10 | 58,763.72 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.40 | 58,676.32 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.41 | 58,591.91 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.11 | 58,504.80 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.18 | 58,420.62 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.86 | 58,333.76 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.73 | 58,247.03 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.81 | 58,163.22 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.47 | 58,076.75 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.56 | 57,993.19 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.22 | 57,906.97 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.10 | 57,820.87 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 77.65 | 57,743.22 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 83.86 | 57,659.36 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 85.85 | 57,573.51 |

| | | | Page Subtotals | 59,140.65 | 1,567.14 | |
|---|---|---|---|---|---|---|

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-11441  -ABG |
| Case Name: | MENDEZ, ANTHONY C |
| | MENDEZ, SYLVIA |
| Taxpayer ID No: | *******6588 |
| For Period Ending: | 02/18/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2135  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.87 | 57,490.64 |
| 06/02/14 | 300003 | UNITED STATES TREASURY | Income tax | 2810-000 | | 16,450.00 | 41,040.64 |
| | | | Income tax | | | | |
| 06/02/14 | 300004 | ILL. DEPARTMENT OF REVENUE | Income tax | 2820-000 | | 2,331.00 | 38,709.64 |
| | | | Income tax | | | | |
| 09/16/14 | 300005 | UNITED STATES TREASURY | Income tax | 2810-000 | | 1,732.53 | 36,977.11 |
| | | | Income tax  -  35-6916588  1041 FOR PERIOD DEC. 31, 2013 | | | | |
| 01/21/15 | 300006 | ILL. DEPT. OF REVENUE | Income tax | 2820-000 | | 269.81 | 36,707.30 |
| | | | Income tax  35-6916588 | | | | |
| 02/27/15 | 300007 | Arthur B. Levine Company | Bond premium | 2300-000 | | 39.89 | 36,667.41 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 01/11/16 | 300008 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 6,349.55 | 30,317.86 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees          6,250.37 | 2100-000 | | | |
| | | | Expenses          99.18 | 2200-000 | | | |
| 01/11/16 | 300009 | COHEN & KROL, Attorneys for Trustee | Attorney for Trustee fees | | | 2,237.96 | 28,079.90 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees          2,168.34 | 3110-000 | | | |
| | | | Expenses          69.62 | 3120-000 | | | |
| 01/11/16 | 300010 | JOSEPH E. COHEN, Attorney | Attorney for Trustee fees | 3110-000 | | 1,084.16 | 26,995.74 |
| | | 105 West Madison St. | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/11/16 | 300011 | COOKE & LEWIS, LTD. | Accountant  for Trustee fees | | | 2,937.50 | 24,058.24 |
| | | 2638 Patriot | Accountant for Trustee fees | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 33,515.27 |

Ver: 19.05c

FORM 2    Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-11441 -ABG |
| Case Name: | MENDEZ, ANTHONY C |
| | MENDEZ, SYLVIA |
| Taxpayer ID No: | *******6588 |
| For Period Ending: | 02/18/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2135 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 100 | | | | | |
| | | Glenview, IL 60026 | | | | | |
| | | | Fees    2,687.50 | 3410-000 | | | |
| | | | Expenses    250.00 | 3420-000 | | | |
| 01/11/16 | 300012 | Midland Funding LLC | Claim 000001, Payment 21.57368% | 7100-000 | | 2,636.52 | 21,421.72 |
| | | By its authorized agent Recoser, LLC | (1-1) MBNA America, N.A. | | | | |
| | | 25 SE 2nd Ave, Suite 1120 | | | | | |
| | | Miami, FL 33131-1605 | | | | | |
| 01/11/16 | 300013 | Midland Funding LLC | Claim 000002, Payment 21.57374% | 7100-000 | | 1,423.64 | 19,998.08 |
| | | By its authorized agent Recoser, LLC | (2-1) MBNA America, N.A. | | | | |
| | | 25 SE 2nd Ave, Suite 1120 | | | | | |
| | | Miami, FL 33131-1605 | | | | | |
| 01/11/16 | 300014 | Midland Funding LLC | Claim 000003, Payment 21.57365% | 7100-000 | | 2,252.08 | 17,746.00 |
| | | By its authorized agent Recoser, LLC | (3-1) Bank of America, N.A. | | | | |
| | | 25 SE 2nd Ave, Suite 1120 | | | | | |
| | | Miami, FL 33131-1605 | | | | | |
| 01/11/16 | 300015 | Midland Funding LLC | Claim 000004, Payment 21.57360% | 7100-000 | | 1,368.67 | 16,377.33 |
| | | By its authorized agent Recoser, LLC | (4-1) MBNA America, N.A. | | | | |
| | | 25 SE 2nd Ave, Suite 1120 | | | | | |
| | | Miami, FL 33131-1605 | | | | | |
| 01/11/16 | 300016 | Discover Bank, DB Servicing Corporation | Claim 000005, Payment 21.57369% | 7100-000 | | 2,572.19 | 13,805.14 |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 01/11/16 | 300017 | Chase Bank USA, N.A. | Claim 000006, Payment 21.57370% | 7100-000 | | 1,517.60 | 12,287.54 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 01/11/16 | 300018 | Capital One, N.A. | Claim 000007, Payment 21.57051% | 7100-000 | | 42.77 | 12,244.77 |
| | | c/o Creditors Bankruptcy Service | | | | | |
| | | P.O. Box 740933 | | | | | |
| | | Dallas, TX 75374 | | | | | |

Page Subtotals    0.00    11,813.47

Ver: 19.05c

LFORM24

FORM 2    Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 11-11441  -ABG |
| Case Name: | MENDEZ, ANTHONY C |
| | MENDEZ, SYLVIA |
| Taxpayer ID No: | *******6588 |
| For Period Ending: | 02/18/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2135  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/11/16 | 300019 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 21.57375%<br>(8-1) CREDIT CARD DEBT | 7100-000 | | 789.83 | 11,454.94 |
| 01/11/16 | 300020 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 21.57392%<br>(9-1) CREDIT CARD DEBT | 7100-000 | | 207.69 | 11,247.25 |
| 01/11/16 | 300021 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 21.57353%<br>(10-1) CREDIT CARD DEBT | 7100-000 | | 636.32 | 10,610.93 |
| 01/11/16 | 300022 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 21.57346%<br>(11-1) CREDIT CARD DEBT | 7100-000 | | 209.31 | 10,401.62 |
| 01/11/16 | 300023 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000012, Payment 21.57354%<br>(12-1) CREDIT CARD DEBT | 7100-000 | | 644.05 | 9,757.57 |
| 01/11/16 | 300024 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000013, Payment 21.57399% | 7100-000 | | 231.75 | 9,525.82 |
| 01/11/16 | 300025 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000014, Payment 21.57363% | 7100-000 | | 2,640.06 | 6,885.76 |
| 01/11/16 | 300026 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000015, Payment 21.57407%<br>(15-1) OLD NAVY or GEMB | 7100-000 | | 153.78 | 6,731.98 |

Page Subtotals    0.00    5,512.79

Ver: 19.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 11-11441  -ABG | | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MENDEZ, ANTHONY C | | | Bank Name: | ASSOCIATED BANK |
| | MENDEZ, SYLVIA | | | Account Number / CD #: | *******2135  Checking Account |
| Taxpayer ID No: | *******6588 | | | | |
| For Period Ending: | 02/18/16 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/11/16 | 300027 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000016, Payment 21.57370%<br>(16-1) SAM'S CLUB DISCOVER or GEMB | 7100-000 | | 1,418.35 | 5,313.63 |
| 01/11/16 | 300028 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000017, Payment 21.57383%<br>(17-1) OLD NAVY or GEMB | 7100-000 | | 74.79 | 5,238.84 |
| 01/11/16 | 300029 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000018, Payment 21.57417%<br>(18-1) LOWES CONSUMER or GEMB | 7100-000 | | 155.58 | 5,083.26 |
| 01/11/16 | 300030 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000019, Payment 21.57370%<br>(19-1) money loaned / 7022 | 7100-000 | | 1,707.11 | 3,376.15 |
| 01/11/16 | 300031 | Portfolio Recovery Associates, LLC<br>c/o Value City<br>POB 41067<br>Norfolk VA 23541 | Claim 000020, Payment 21.57302% | 7100-000 | | 214.96 | 3,161.19 |
| 01/11/16 | 300032 | Portfolio Recovery Associates,LLC successor<br>to Capital One Bank,NA by<br>PRA Receivables Management, LLC<br>POB 41067<br>Norfolk VA 23541 | Claim 000021, Payment 21.57368%<br>(21-1) Modified on 02/24/12 to<br>correct creditor name (ES) | 7100-000 | | 406.61 | 2,754.58 |
| 01/11/16 | 300033 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000022, Payment 21.57299%<br>(22-1) Unsecured Debt | 7100-000 | | 79.49 | 2,675.09 |
| 01/11/16 | 300034 | RBS Citizens | Claim 000023, Payment 21.57364% | 7100-000 | | 2,313.93 | 361.16 |

| | | | | Page Subtotals | 0.00 | 6,370.82 | |

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

Ver: 19.05c

FORM 2

Page:  6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-11441  -ABG |
| Case Name: | MENDEZ, ANTHONY C |
| | MENDEZ, SYLVIA |
| Taxpayer ID No: | *******6588 |
| For Period Ending: | 02/18/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2135  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/11/16 | 300035 | 443 Jefferson Blvd RJW 135 Warwick RI 02886 RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | (23-1) Credit Card Claim 000024, Payment 21.57390% (24-1) Credit Card | 7100-000 | | 361.16 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 59,140.65 | 59,140.65 | 0.00 |
| Less:  Bank Transfers/CD's | 59,140.65 | 0.00 | |
| Subtotal | 0.00 | 59,140.65 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 59,140.65 | |

Page Subtotals                    0.00                    361.16

Ver: 19.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-11441 -ABG | | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MENDEZ, ANTHONY C | | | Bank Name: | BANK OF AMERICA, N.A. |
| | MENDEZ, SYLVIA | | | Account Number / CD #: | *******1838  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6588 | | | | |
| For Period Ending: | 02/18/16 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/02/11 | 17 | SYLVIA & ANTHONY MENDEZ | EEOC Settlement Proceeds | 1249-000 | 60,000.00 | | 60,000.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 60,000.38 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 60,000.89 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 60,001.40 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.49 | | 60,001.89 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 60,002.40 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 76.44 | 59,925.96 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.49 | | 59,926.45 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 73.88 | 59,852.57 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.50 | | 59,853.07 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 73.79 | 59,779.28 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 59,779.79 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 78.40 | 59,701.39 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.47 | | 59,701.86 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 70.96 | 59,630.90 |
| 03/11/12 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 50.14 | 59,580.76 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.50 | | 59,581.26 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 73.28 | 59,507.98 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 59,508.47 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 75.60 | 59,432.87 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.50 | | 59,433.37 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 75.51 | 59,357.86 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.48 | | 59,358.34 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 70.55 | 59,287.79 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 59,288.30 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 77.75 | 59,210.55 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.47 | | 59,211.02 |

|  |  | Page Subtotals | | | 60,007.32 | 796.30 | |

Ver: 19.05c

FORM 2                                                                                      Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-11441 -ABG | |
| Case Name: | MENDEZ, ANTHONY C | |
| | MENDEZ, SYLVIA | |
| Taxpayer ID No: | *******6588 | |
| For Period Ending: | 02/18/16 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1838  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 70.37 | 59,140.65 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 59,140.65 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 60,007.32 | 60,007.32 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 59,140.65 | |
| Subtotal | 60,007.32 | 866.67 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 60,007.32 | 866.67 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2135 | 0.00 | 59,140.65 | 0.00 |
| Money Market Account (Interest Earn - *******1838 | 60,007.32 | 866.67 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 60,007.32 | 60,007.32 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | Page Subtotals | 0.00 | 59,211.02 |
|---|---|---|---|

Ver: 19.05c